IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY P. MCNEESE**                                                 **PLAINTIFF**

v.                     No. 4:17-CV-00350-SWW-JTR

**NANCY A. BERRYHILL,**
Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner
of Social Security Administration                     **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED AND REMANDED. Judgment is entered in favor of the Plaintiff.

DATED this 10th day of April, 2018.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE